Case 1:21-cv-21553-MGC   Document 1-2   Entered on FLSD Docket 04/22/2021   Page 1 of 4
Filing # 123051122 E-Filed 03/13/2021 05:03:56 PM

**EXHIBIT A**

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

**VIVIAN VANCE,**
   **Plaintiff**
vs.

             **CASE NO.:**

**TARGET CORPORATION,**
   **Defendant.**
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

 The Plaintiff, VIVIAN VANCE, by and through the undersigned counsel, hereby sues the Defendant, TARGET CORPORATION and alleges:

### JURISDICTION

 1. This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

### PARTIES

 2. At all times material hereto, the Plaintiff, VIVIAN VANCE, was and is a resident of Miami-Dade County, Florida, and is otherwise sui juris.

 3. At all times material hereto, the Defendant, TARGET CORPORATION, is a foreign corporation registered in Minnesota who operate a retail business in Miami-Dade County, Florida, at the time of the incident alleged herein.

### VENUE

 4. Venue is proper in this County in that the Defendant does business in Miami-Dade County, Florida, and/or all of the acts complained of herein occurred in Miami-Dade County, Florida.

### GENERAL ALLEGATIONS

1

5. That on or about May 26, 2018, the Plaintiff, VIVIAN VANCE, was a business invitee of the Defendant, TARGET CORPORATION's, premises located at or near 20500 SW 112 Avenue, Miami, FL 33189.

## COUNT I - NEGLIGENCE CLAIM AGAINST TARGET STORE

6. Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

7. That at all times material hereto, and specifically on May 6, 2018, Defendant, TARGET CORPORATION, owned, managed, controlled, operated, and/or maintained the premises located at 20500 SW 112 Avenue, Miami. FL 33189, in Miami-Dade County, Florida.

8 That on or about May 16, 2018, the Plaintiff, VIVIAN VANCE, was lawfully in Defendant, TARGET CORPORATION's, premises when she slipped and fell on a liquid substance, believed to be liquid detergent or other similar liquid substance, causing her to sustain severe and permanent injuries.

9. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

10. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as liquid detergent and/or other similar substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d. By failing to remove said liquid detergent or other similar liquid substance from the floor of the premises; and/or

e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

  f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a liquid detergent and/or a similar liquid substance to be left on the floor of the premises so as to cause the Plaintiffs injury.

  11. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

  12. That the hazardous and dangerous condition, which constituted a dangerous condition to the Plaintiff, occurred with such frequency that owner should have known of its existence.

  13. As a direct and proximate result of the aforementioned negligence of the Defendant,
TARGET CORPORATION, the Plaintiff, VIVIAN VANCE, slipped on a liquid substance and/or
a similar liquid substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, VIVIAN VANCE will suffer the losses into the future.

  WHEREFORE, Plaintiff, VIVIAN VANCE, hereby demands judgment for damages, costs
and interest from the Defendant, TARGET CORPORATION, together with whatever other relief the Court deems just and appropriate.

**DEMAND FOR JURY TRIAL**

  The Plaintiff VIVIAN VANCE, hereby demands trial by jury of all issues so triable as a matter of right.

Dated: February 16, 2021

        THE BROWN LAW GROUP LLC

By: <u>/s/Vincent T Brown</u>
   VINCENT T BROWN
   Florida Bar No. 956279
   847 NW 119th Suite 202
   North Miami, Florida 33168
   <u>vtblaw@bellsouth.net</u>
   Telephone:(305) 688-7500
   Facsimile:(305) 688-7501

4